# UNITED STATES DISTRICT COURT

District of Massachusetts

John Murray

V.

Harborview Hotels Associates Limited Partnership, William H. Roberts, Jack A. Vanwoerkom and Jonathan W. Wexler, Trustees of KHA Realty Trust and Martha's Vineyard Associates Limited Partnership

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Harborview Hotels Associates Limited Partnership
Richard T. McAuliffe, General Manager
131 North Water Street
Edgartown, MA 02539

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles A. Murray, III, Esq.
Charles A. Murray, P.C.
700 Pleasant Street
New Bedford, MA 02740

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

5-11-05

CLERK                                               DATE

_Don Stanhope_
(By) DEPUTY CLERK

**RETURN OF SERVICE**

County of Dukes County, ss.                                May 31, 2005

    I hereby certify and return that I this day served an attested copy of the within Summons, together with a copy of the Amended Complaint and Claim For Trial By Jury in this action, upon the within named defendant, Richard T. McAuliffe, General Manager, Harborview Hotal in the following manner: by delivering, in hand, to said defendant.

Fees:
    service, in hand    30.00
    travel/auto hire    3.00
    attested copies    5.00
    return & mailing    3.50
    Total:    41.50

David O'Sullivan
Deputy Sheriff
County of Dukes County