UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN MURRAY,<br>            Plaintiff<br><br>v.<br><br>HARBORVIEW HOTELS ASSOCIATES<br>LIMITED PARTNERSHIP, WILLIAM H.<br>ROBERTS, JACK A. VANWOERKOM<br>AND JONATHAN W. WEXLER,<br>TRUSTEES OF KHA REALTY TRUST<br>AND MARTHA'S VINEYARD<br>ASSOCIATES LIMITED PARTNERSHIP,<br>            Defendants | C.A. No. 05-10800-RCL |

**ASSENTED TO MOTION TO CONTINUE
SCHEDULING CONFERENCE**

The parties hereto move this Honorable Court to continue the Scheduling Conference now scheduled in the entitled matter for Thursday, September 22, 2005 at 2:30 P.M. to Thursday, November 3, 2005 at 2:30 P.M.

As reason therefore, counsel for the plaintiff asserts that he has been actively engaged in trial preparation for a trial scheduled to begin today at the Bristol County Superior Court in Fall River named and styled *John N. Vincent, et al v. David L. Vincent* Civil Action No. BRCV 99-00436.

| | |
|---|---|
| ASSENTED TO:<br>Attorney for the defendants | Respectfully Submitted,<br>Attorney for the plaintiff |
| <u>/S/ John H. Stevens</u><br>John H. Stevens, Esq.<br>Law Office of Pamela Storm<br>10 Post Office Sq., Suite 1155<br>Boston, MA 02109<br>(617) 556-0200<br>BBO#: 480100 | <u>/S/ Charles A. Murray, III</u><br>Charles A. Murray, III, Esq.<br>CHARLES A. MURRAY, P.C.<br>700 Pleasant Street<br>New Bedford, MA 02740<br>(508) 984-8500<br>BBO#: 364240 |
| Dated: September 21, 2005 | Dated: September 21, 2005 |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this date served a true copy of the attached document to the following counsel of record by: FACSIMILE AND FIRST CLASS MAIL, POSTAGE PREPAID, as follows:

    John H. Stevens, Esq.
    Law Office of Pamela Storm
    10 Post Office Sq., Suite 1155
    Boston, MA 02109

Dated: September 21, 2005    /S/ Charles A. Murray, III
                                     Charles A. Murray, III