William A. Bolton (MA, NH, ME, & FL)
Patricia C. Fraizer (MA, NH & ME)
Christine M. Harding (MA & RI)
Charles E. Miracle (MA)
Joseph W. Murphy (MA, NH, & VT)
Kathleen E. Nelson (MA & RI)
Benjamin A. Pushner (MA RI CT, & DC)
John H. Stevens (MA, NH & MN)
David G. Sullivan (MA & RI)

# Law Offices of
# PATRICIA C. FRAIZER

*Employees of The Hartford Group of
Affiliated Insurance Companies
Not a Partnership or Professional Association*

10 Post Office Square, Suite 1155
Boston, MA 02109
Telephone: (617) 556-0200
Fax: (617) 482-2643

63 High Street
Manchester, NH 03104
Telephone: (603) 623-7632
Fax: (603) 623-4435

July 27, 2006

U. S. District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:   John Murray v. Harborview Hotels Assoc. Limited Partnership,
      William H. Roberts, Jack A. Vanwoerkom and Jonathan W. Wexter,
      Trustees of KHA Realty Trust and Martha's Vineyard Assoc., LP
      U.S.D.C. No. 05-10800-RCL
      Our File No.:  YCH L 50362

Dear Sir/Madam:

   I enclose in the above-entitled matter <u>Change of Firm Name</u>. Thank you very much for your attention to this matter. Please let me know if you have any questions or comments.

Very truly yours,

John H. Stevens

Enclosure
JHS/ldh
cc:   Charles A. Murray, III
      Harbor View Hotel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10800-RCL

John Murray,
   Plaintiff

v.

Harborview Hotels Associates Limited Partnership,
William H. Roberts, Jack A. Vanwoerkom and
Jonathan W. Wexter, Trustees of KHA Realty Trust
And Martha's Vineyard Associates, LP,
   Defendants

## CHANGE OF FIRM NAME

    Please note the change of firm name of counsel for the defendant, Harborview Hotels Associates Limited Partnership

**Law Offices of Patricia C. Fraizer**
10 Post Office Square, Suite 1155
Boston, MA 02109
(617) 556-0200
(617) 482-2643-fax

                      Respectfully submitted,
                      Defendant, Harborview Hotels Associates
                      Limited Partnership,
                      By its attorney,

                      John H. Stevens BBO No. 480100
                      Law Offices of Patricia C. Fraizer
                      10 Post Office Square, Suite 1155
                      Boston, MA 02109
                      (617) 556-0200

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the above document was served upon all parties by mailing a copy thereof, postage prepaid, to all counsel of record.

Date: _____

*[Filed stamp: U.S. DISTRICT COURT DISTRICT OF MASS. 2006 JUL 31 P 2:25 FILED CLERKS OFFICE]*