UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN MURRAY,<br>    Plaintiff<br><br>v.<br><br>HARBORVIEW HOTELS ASSOCIATES<br>LIMITED PARTNERSHIP, WILLIAM H.<br>ROBERTS, JACK A. VANWOERKOM<br>AND JONATHAN W. WEXLER,<br>TRUSTEES OF KHA REALTY TRUST<br>AND MARTHA'S VINEYARD<br>ASSOCIATES LIMITED PARTNERSHIP,<br>    Defendants | C.A. No. 05-10800-RCL |

**STIPULATION OF DISMISSAL**

  The parties to the above entitled action, pursuant to the provisions of Rule 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, without costs and with all rights of appeal waived.

                     Respectfully Submitted,

Counsel for Plaintiff,         Counsel for Defendants


/S/ Charles A. Murray, III        /S/ John H. Stevens, Esq.
Charles A. Murray, III, Esq.       John H. Stevens, Esq.
CHARLES A. MURRAY, P.C.      LAW OFFICES OF PATRIA C. FRAIZER
700 Pleasant Street          10 Post Office Square, Suite 1155
New Bedford, MA  02740       Boston, MA  02109
(508) 984-8500           (617) 556-0200
BBO#:  364240           BBO # 480100

Dated:  January 22, 2007        Dated:  January 22, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this date served a true copy of the attached document to the following counsel of record by: FACSIMILE AND FIRST CLASS MAIL, POSTAGE PREPAID, as follows:

    John H. Stevens, Esq.
    Law Office of Pamela Storm
    10 Post Office Sq., Suite 1155
    Boston, MA 02109

Dated: January 22, 2007    <u>/S/ Charles A. Murray, III</u>
                                      Charles A. Murray, III